**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: James J. Aquilino                  CHAPTER 13

              Debtor(s)                BKY. NO. 20-10213 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee and index same on the master mailing list.

                                  Respectfully submitted,
                                  **/s/ Rebecca A. Solarz Esquire**
                                  Rebecca A Solarz, Esquire
                                  Kevin G. McDonald, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322