**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                    Chapter 13

                                    Bankruptcy No. 20-10213-MDC

JAMES J. AQUILINO

411 ELDON DRIVE

BROOMALL, PA 19008-

    Debtor

**CERTIFICATE OF SERVICE**

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JAMES J. AQUILINO

    411 ELDON DRIVE

    BROOMALL, PA 19008-

**Counsel for debtor(s), by electronic notice only.**
    ROBERT H HOLBER
    41 EAST FRONT ST

    MEDIA, PA 19063

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                      /s/ William C. Miller

Date: 4/14/2020

                                                      _____
                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee