## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  James J. Aquilino | |
| Debtor(s) | CHAPTER 13 |
| Elizon Master Participation Trust I, U.S. Bank Trust National Association, as  Owner Trustee, its successors and/or assigns | |
| Movant | |
| vs. | NO. 20-10213 MDC |
| James J. Aquilino | |
| Debtor(s) | |
| William C. Miller Esq. | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Elizon Master Participation Trust I, U.S. Bank Trust National Association, as  Owner Trustee, which was filed with the Court on or about **April 21, 2020, docket number 26**.

Respectfully submitted,


By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant


July 15, 2020