IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JAMES J. AQUILINO  : CHAPTER 13
  :
   Debtor  :
  : BANKRUPTCY No.20-10213

PRAECIPE TO WITHDRAW PROOF OF CLAIM FILED BY ROBERT H. HOLBER, ESQUIRE ON BEHALF OF MARPLE TOWNSHIP

TO THE CLERK OF COURTS:

Kindly withdraw Proof of Claim filed by Robert H. Holber, Esquire on Behalf of Marple Township filed on July 8, 2020 as regards the abovementioned debtor.

_____
Robert H. Holber, Esquire
Counsel for Debtor
41 E. Front Street
Media, PA 19063
610-565-5463

Date: 10/7/20