IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JAMES J. AQUILINO          : CHAPTER 13
                                  :
        Debtor                    :
                                  : BANKRUPTCY No.20-10213

PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM NO. 2 FILED BY
VIRIVA COMMUNITY CREDIT UNION

TO THE CLERK OF COURTS:

    Kindly withdraw Objection to Proof of Claim No. 2 Filed by Viriva Community Credit Union on September 24, 2020 as regards the abovementioned debtor.

                                   _____
                                   Robert H. Holber, Esquire
                                   Counsel for Debtor
Date: 10/7/20                      41 E. Front Street
                                   Media, PA 19063
                                   610-565-5463