IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JAMES J. AQUILINO  : CHAPTER 13
  :
　　　　Debtor  :
  : BANKRUPTCY No. 20-10213

PRAECIPE TO WITHDRAW PROOF OF CLAIM FILED BY ROBERT H. HOLBER,
ESQUIRE ON BEHALF OF MARPLE TOWNSHIP

TO THE CLERK OF COURTS:

Kindly withdraw Proof of Claim filed by Robert H. Holber, Esquire on Behalf of Marple Township filed on July 8, 2020 as regards the abovementioned debtor.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Robert H. Holber, Esquire
　　　　　　　　　　　　　　　　　　Counsel for Debtor
Date: 10/7/20　　　　　　　　　　　　41 E. Front Street
　　　　　　　　　　　　　　　　　　Media, PA 19063
　　　　　　　　　　　　　　　　　　610-565-5463