IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JAMES J. AQUILINO | : |
| | : Bankruptcy No. 20-10213 |
| Debtor | : |

## CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, Counsel for Debtor, hereby certify that I served a copy of the Second Amended Chapter 13 Plan upon the U.S. Trustee's Office, William C. Miller, Esquire, Chapter 13 Trustee, Debtor, James J. Aquilino, all secured and priority creditors taken from Matrix filed with the Court, and Claims Register by first-class mail, postage prepaid and/or electronic means on October 22, 2020.

Date: 10/22/20            By: _____
                              Robert H. Holber, Esquire
                              Attorney for Debtor