IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: JAMES J. AQUILINO            :        Chapter 13
                                    :
            Debtor                  :
                                    :        Bankruptcy No. 20-10213 MDC

## AMENDED NOTICE

TO THE DEBTORS, ITS COUNSEL, ALL CREDITORS, AND PARTIES IN INTEREST, NOTICE IS HEREBY GIVEN:

Robert H. Holber, Esquire, counsel for Debtor has filed an Application for Counsel Fees and costs on or about November 20, 2020, for $2,875.00 in Compensation and $414.00 in Expenses for the total amount of $3,289.00 less $1,500.00 paid prepetition. The sum of $1,789.00 to be paid by the Chapter 13 Trustee to Debtor's counsel. Copies of the foregoing documents are on file and may be reviewed at:

**The Clerk's Office**
**United States Bankruptcy Court**
**900 Market Street**
**Philadelphia, PA 19106**

Any creditor or party-in-interest may file an answer, objections or other responsive pleadings or request a hearing, stating the reasons why a hearing is necessary with the Clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania, 19106, and serve a copy on counsel for Debtors, whose name and address appear below, on or before twenty-one (21) days after receiving this notice.

In the absence of any answer, objection, other responsive pleading or request for a hearing, debtor's counsel may file certification of no objection and the Court may enter such relief as is requested.

_/s/ Robert H. Holber_
Robert H. Holber, Esquire
41 East Front Street
Media, PA 19063
(610) 565-5463