IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  JAMES J. AQUILINO          :          Chapter 13
                                   :
            Debtor                 :
                                   :          Bankruptcy No. 20-10213 MDC

## CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, attorney for Debtor, hereby certify that, pursuant to L.B.R. 2016-1(a), I served a copy of the Amended Notice of Application for Compensation to the following parties by first-class mail, postage prepaid, and/or electronically on November 20, 2020 to William Miller, Esquire, Chapter 13 Trustee, Office of the U.S. Trustee, Debtor, James J. Aquilino , all interested parties, all creditors listed on the matrix, and all creditor's who filed proof of claims.

By: _____
Robert H. Holber, Esquire
Attorney for Debtor

Date: 11/20/20