IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   JAMES J. AQUILINO         : Chapter 13
                                   :
         Debtor                    :
                                   : Bankruptcy No. 20-10213 MDC

## CERTIFICATION OF NOTICE AND NO OBJECTION
## PURSUANT TO L.B.R 2016-1

I, Robert H. Holber, Esquire, counsel for debtor, hereby certify that I served a copy of the Application for Counsel Fees and Reimbursement of Expenses on the Debtor, the Trustee, and the Office of the U.S. Trustee on November 20, 2020, via first-class mail and/or electronically;

I further certify that a copy of the Amended Notice of Application for Counsel Fees, as required by L.B.R. 2016-1 and F.R.B.P. 2002(a)(6), was served on all creditors on November 20, 2020 by first class mail, postage pre-paid and/or electronically. A copy of said notice is attached.

I further certify that as of this date, twenty-one (21) days has elapsed and no objection has been received to the application.

By:

_____
Robert H. Holber, Esquire
Attorney for Debtor

Dated: 12/11/20