United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-10213-mdc
James J. Aquilino  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: Adminstra  Page 1 of 2
Date Rcvd: Dec 29, 2020  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James J. Aquilino, 411 Eldon Drive, Broomall, PA 19008-4139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Marple Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Elizon Master Participation Trust I U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Debtor James J. Aquilino rholber@holber.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | |

District/off: 0313-2    User: Adminstra    Page 2 of 2
Date Rcvd: Dec 29, 2020    Form ID: pdf900    Total Noticed: 1

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: JAMES J. AQUILINO | : Chapter 13 |
| Debtor | : |
| | : Bankruptcy No. 20-10213 MDC |

ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's Certification that proper service has been made on all interested parties and upon the Applicant's Certification of No Response,

It is hereby ORDERED that:

1. The Application is GRANTED.
2. Compensation is allowed in favor of Applicant in the amount of $2,875.00 and expenses in the amount of $414.00.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,500.00 which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan. Said administrative expense equals $1,789.00.

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE

Date: December 28, 2020