# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-10213-MDC

JAMES J. AQUILINO

411 ELDON DRIVE

BROOMALL, PA 19008-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMES J. AQUILINO

    411 ELDON DRIVE

    BROOMALL, PA 19008-

Counsel for debtor(s), by electronic notice only.

    ROBERT H HOLBER
    41 EAST FRONT ST

    MEDIA, PA 19063

Date: 2/26/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee