**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                        Chapter 13
JAMES J. AQUILINO


                    Debtor              Bankruptcy No. 20-10213-MDC

# O R D E R

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.



March 25, 2021

                    _____
                              Magdeline D. Coleman
                              Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT H HOLBER
41 EAST FRONT ST

MEDIA, PA 19063


Debtor:
JAMES J. AQUILINO

411 ELDON DRIVE

BROOMALL, PA 19008-