United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10213-mdc |
| James J. Aquilino | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 25, 2021 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James J. Aquilino, 411 Eldon Drive, Broomall, PA 19008-4139 |
| 14468598 | + | Donna Aquilino, 411 Eldon Drive, Broomall, PA 19008-4139 |
| 14451082 | + | Elizon Master Participation Trust 1, U.S. Bank Trust National Association, 53 Forest Avenue, Old Greenwich, CT 06870-1526 |
| 14487602 | + | Elizon Master Participation Trust I, U.S. Bank Tru, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14451083 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14468602 | + | Law Office of Robert H. Holber, P.C., 41 East Front Street, Media, PA 19063-2911 |
| 14555717 | + | Marple Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14548411 | + | Marple Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14468603 | + | Marple Township, c/o Jason J. Leininger, Esquire, Portnoff Law Associates, LTD, P.O. Box 391, Norristown, PA 19404-0391 |
| 14555905 | + | Township of Marple, c/o James R. Wood, Esq., Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14484115 | + | Viriva Community Credit Union, 157 York Road, Warminster, PA 18974-4514 |
| 14468605 | + | Viriva Community Cu, 157 York Road, Warminster, PA 18974-4514 |
| 14451084 | + | Wlimngton Savings Fund Society, c/o Fay Servicing, LLC, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-5011 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 26 2021 04:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 26 2021 04:01:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14468596 | + | Email/Text: bankruptcy@rentacenter.com | Mar 26 2021 04:02:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14487344 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 03:25:27 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14468597 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 03:25:15 | Capital One, P.O. Box 105474, Atlanta, GA 30348-5474 |
| 14455219 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 26 2021 03:32:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14468600 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2021 04:01:00 | Internal Revenue Service, P.O. Box 16336, Philadelphia, PA 19114 |
| 14468604 | | Email/Text: bknotices@snsc.com | Mar 26 2021 04:02:00 | SN Servicing, 323 5th Street, Eureka, CA 95501 |

Case 20-10213-mdc  Doc 68  Filed 03/27/21  Entered 03/28/21 00:41:42  Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: pdf900 | Total Noticed: 22 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Marple Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14468608 | *+ | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14468609 | *+ | Capital One, P.O. Box 105474, Atlanta, GA 30348-5474 |
| 14468610 | *+ | Donna Aquilino, 411 Eldon Drive, Broomall, PA 19008-4139 |
| 14468599 | *+ | Elizon Master Participation Trust 1, U.S. Bank Trust National Association, 53 Forest Avenue, Old Greenwich, CT 06870-1526 |
| 14468611 | *+ | Elizon Master Participation Trust 1, U.S. Bank Trust National Association, 53 Forest Avenue, Old Greenwich, CT 06870-1526 |
| 14468612 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 16336, Philadelphia, PA 19114 |
| 14468601 | *+ | Kevin G. McDonald, Esquire, KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14468613 | *+ | Kevin G. McDonald, Esquire, KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14468614 | *+ | Law Office of Robert H. Holber, P.C., 41 East Front Street, Media, PA 19063-2911 |
| 14468615 | *+ | Marple Township, c/o Jason J. Leininger, Esquire, Portnoff Law Associates, LTD, P.O. Box 391, Norristown, PA 19404-0391 |
| 14468616 | *P++ | SN SERVICING CORPORATION, 323 FIFTH ST, EUREKA CA 95501-0305, address filed with court:, SN Servicing, 323 5th Street, Eureka, CA 95501 |
| 14487330 | *P++ | SN SERVICING CORPORATION, 323 FIFTH ST, EUREKA CA 95501-0305, address filed with court:, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 14468617 | *+ | Viriva Community Cu, 157 York Road, Warminster, PA 18974-4514 |
| 14468606 | *+ | Wlimngton Savings Fund Society, c/o Fay Servicing, LLC, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-5011 |
| 14468618 | *+ | Wlimngton Savings Fund Society, c/o Fay Servicing, LLC, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-5011 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Marple Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Elizon Master Participation Trust I U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Debtor James J. Aquilino rholber@holber.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Mar 25, 2021 Form ID: pdf900 Total Noticed: 22

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JAMES J. AQUILINO | Chapter 13 |
| Debtor | Bankruptcy No. 20-10213-MDC |

# ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 25, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT H HOLBER
41 EAST FRONT ST

MEDIA, PA 19063


Debtor:
JAMES J. AQUILINO

411 ELDON DRIVE

BROOMALL, PA 19008-